No. 82–5218.   COLLINS *v.* CHICAGO BOARD OF EDUCATION.   C. A. 7th Cir.   Certiorari denied.

No. 82–5225.   PENICK *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 82–5230.   TOSON *v.* ANDALE CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5231.   WEST *v.* FINANCIAL CORP.   Sup. Ct. La.   Certiorari denied.

No. 82–5232.   TROP ET AL. *v.* ORANGE COUNTY MUNICIPAL COURT.   C. A. 9th Cir.   Certiorari denied.

No. 82–5234.   JOHL *v.* TOWN OF GROTON ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–5235.   STONEMAN *v.* AURELIUS.   C. A. 9th Cir.   Certiorari denied.

No. 82–5241.   DRUMHELLER *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 82–5244.   HOLSEY *v.* D'ALESANDRO, COMMISSIONER, MARYLAND PAROLE BOARD, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5250.   RAJAN *v.* NEW YORK STATE BOARD OF LAW EXAMINERS.   Ct. App. N. Y.   Certiorari denied.

No. 82–5255.   BULLOCK *v.* NATIONAL RAILROAD ADJUSTMENT BOARD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–5259.   JONES *v.* GARRISON ET AL.   C. A. 4th Cir.   Certiorari denied.